HOLLY J. BLINKOFF ET AL. *v.* O AND G INDUSTRIES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 251 (AC 24858), is denied.

---

* The appeal was withdrawn March 8, 2006.

*Everett E. Newton,* in support of the petition.

*Holly J. Blinkoff,* pro se, in opposition.

Decided September 12, 2005